UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

LEUNDRO CHILDS, and
EDILBERTO MOJICA

CASE NO. 8:24-cr-393-WFJ-NHA
21 U.S.C. § 846
(Drug Conspiracy)
21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute a Controlled Substance)

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Drug Distribution Conspiracy)

Beginning on an unknown date, but not later than on or about January 16, 2024, and continuing through on or about July 18, 2024, in the Middle District of Florida and elsewhere, the defendants,

LEUNDRO CHILDS, and
EDILBERTO MOJICA,

did knowingly and willfully conspire with each other and with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance. The violation involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A).

APR 9 2025 AM 9:13
FILED - USDC - FLMD - TPA

## COUNT TWO
### (Possession with Intent to Distribute Controlled Substance)

On or about July 17, 2024, in the Middle District of Florida, the defendant,

### LEUNDRO CHILDS,

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved approximately 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

## COUNT THREE
### (Possession with Intent to Distribute Controlled Substance)

On or about July 18, 2024, in the Middle District of Florida, the defendant,

### LEUNDRO CHILDS,

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved approximately 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

## FORFEITURE

1. The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. §§ 841(a)(1) and/or 846, the defendants,

> LEUNDRO CHILDS, and
> EDILBERTO MOJICA,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty.

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,



Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Candace Garcia Rich
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and
Racketeering Section

4


FORM OBD-34
April 25

No. 8:24-cr-00393-WFJ-NHA

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

LEUNDRO CHILDS, and
EDILBERTO MOJICA

### SUPERSEDING INDICTMENT

Violations: 21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

A true bill,

███████████████
Foreperson

Filed in open court this __8th__ day

of April 2025.

_____
Clerk

Bail $_____

GPO 863 525

Query   Reports   Utilities   Help   What's New   Log Out

INTERPRETER

## U.S. District Court
## Middle District of Florida (Tampa)
### CRIMINAL DOCKET FOR CASE #: 8:24-cr-00393-WFJ-NHA-3

Case title: USA v. Childs et al

Date Filed: 08/29/2024

Assigned to: Judge William F. Jung
Referred to: Magistrate Judge Natalie Hirt Adams

**Defendant (3)**

**Edilberto Mojica**

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=CI.F CONSPIRACY TO IMPORT A CONTROL SUBSTANCE (1) | |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**
USA

represented by **Candace Garcia Rich**
US Attorney's Office - FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602-4798
813-274-6000
Email: Candace.rich@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**James A. Muench**
US Attorney's Office - FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602-4798
813/274-6000
Email: james.muench2@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| | Query | Reports | Utilities | Help | What's New | Log Out |

| | | |
|---|---|---|
| 04/09/2025 | 58 | SUPERSEDING INDICTMENT returned in open court as to Leundro Childs (1) count(s) 1s, 2s-3s, Edilberto Mojica (3) count(s) 1. (Attachments: # 1 Restricted Unredacted Indictment) (LD) (Entered: 04/09/2025) |
| 04/11/2025 | 64 | Amended BILL of particulars as to Leundro Childs, Edilberto Mojica. (Muench, James) Modified on 4/11/2025 to edit the docket text (MLB). (Entered: 04/11/2025) |
| 05/05/2025 | 70 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Edilberto Mojica. (Attachments: # 1 Text of Proposed Order Writ of Habeas Corpus Ad Prosequendum)(Rich, Candace) Motions referred to Magistrate Judge Natalie Hirt Adams. (Entered: 05/05/2025) |
| 05/06/2025 | 71 | **ORDER granting 70 Motion for Writ of Habeas Corpus ad prosequendum WRIT ISSUED as to Edilberto Mojica (3). Signed by Magistrate Judge Natalie Hirt Adams on 5/6/2025. (CDR)** (Entered: 05/07/2025) |
| 05/07/2025 | 72 | NOTICE OF HEARING as to Edilberto Mojica: Initial Appearance/Arraignment/ Detention Hearing set for 5/19/2025 at 02:00 PM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. (CDR) (Entered: 05/07/2025) |
| 05/08/2025 | 73 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Detention hearing previously scheduled for 05/19/2025 is rescheduled as to Edilberto Mojica. New hearing time: Detention Hearing set for 5/19/2025 at 02:00 PM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. (CDR) (Entered: 05/08/2025) |
| 05/14/2025 | 74 | NOTICE canceling Initial Appearance, Detention, Arraignment hearing scheduled for 05/19/2025 as to Edilberto Mojica. USM request extention of writ. Case to be rescheduled upon Defendant's arrival. (CDR) (Entered: 05/14/2025) |
| 05/14/2025 | 75 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Edilberto Mojica. (Attachments: # 1 Text of Proposed Order Writ of Habeas Corpus Ad Prosequendum)(Rich, Candace) Motions referred to Magistrate Judge Natalie Hirt Adams. (Entered: 05/14/2025) |